PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

FILED
AUG 31 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-MJ-105 SAB |
|---|---|
| Plaintiff, | ORDER |
| v. | **(UNDER SEAL)** |
| GARY LEE ORTIZ, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and arrest warrants in the above-captioned matter be unsealed.

DATED: 8/30/2016

_____
STANLEY A. BOONE
United States Magistrate Judge